# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                              CASE NO. 2:23-cr-20011-DDC-ADM

**MARCELL MCGRONE,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Felon in Possession of a Firearm**
**[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]**

On or about August 17, 2021, in the District of Kansas, the defendant,

**MARCELL MCGRONE,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: on December 2, 2019, of First Degree Robbery, in Jackson County, Missouri, Circuit Court, Case No. 1816-CR05546-01; he knowingly possessed a Smith & Wesson model SD40VE .40 caliber pistol, with serial number

1

HER7533, a firearm, in and affecting interstate and foreign commerce.

This was done in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant,

**MARCELL MCGRONE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

A. a Smith & Wesson model SD40VE .40 caliber pistol with serial number HER7533; and
B. ammunition in the firearm recovered on August 17, 2021.

In violation of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

March 8, 2023                                /s/Foreperson
DATE                                         FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: */s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6904
Fax: (913) 551-6541
Email: faiza.alhambra@usdoj.gov
Ks. S. Ct. No. 24525

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

**Count 1: Felon in possession of a firearm, 18 U.S.C. § 922(g)(1)**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2);

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2);

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3);

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A);

- Forfeiture. 28 U.S.C. § 2461(c).